Rafael Diaz <drdiazdmd@gmail.com>

## COVID19 Loan Payment Assistance
2 messages

**BBVA USA** <no-reply@wufoo.com>                                                              Wed, Apr 8, 2020 at 9:30 AM
To: drdiazdmd@gmail.com

Thank you for your request. Our dedicated team of BBVA specialists is evaluating your request. You can expect to receive a mailed letter of response within 7–10 business days unless a shorter response time is required by applicable law. If additional information is needed, a specialist will reach out to you by phone.

Note: This email box is not monitored. Please do not respond to this message.

© 2020 BBVA USA Bancshares, Inc. BBVA USA is a Member FDIC and an Equal Housing Lender. BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group.



**BBVA USA** <no-reply@wufoo.com>                                                              Wed, Apr 8, 2020 at 9:32 AM
To: drdiazdmd@gmail.com

[Quoted text hidden]



Rafael Diaz &lt;drdiazdmd@gmail.com&gt;

**Time is running out for your account ending in 8160**
1 message

**BBVA** &lt;bbva@email.bbvausa.com&gt;   Sat, Sep 12, 2020 at 12:20 PM
Reply-To: BBVA &lt;reply-fefa1778756c06-15_HTML-202254-6423240-1@email.bbvausa.com&gt;
To: DRDIAZDMD@gmail.com



# Make a payment before it is too late.

For your convenience, this is a reminder that your due date is September 19, 2020.

This will be the last reminder we send, so please schedule your payment, if you haven't already, today to avoid becoming delinquent.

Even though your payment due date was deferred, you may continue to use your card as you normally would and have access to any available credit you may have.

Your financial well-being is important to us. We've tried to make it easy to make payments by giving you several options. Click below to learn more about how to make a payment.

How to Pay

### Let's stay connected

 

1-844-BBVA USA      Find Nearest Branch

**PLAINTIFF'S EXHIBIT C**

**EQUIFAX**

Prepared For **RAFAEL F. DIAZ/RODRIGUEZ**    Date generated: **Nov 8, 2021**

---

| PNC BANK, NA | $6,878 |
|---|---|
| 1 late payment | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **PNC BANK, NA** | Balance | **$6,878** |
| Account number | **475598XXXXXX** | Balance updated | **Oct 26, 2021** |
| Original creditor | **-** | Credit limit | **$12,000** |
| Company sold | **-** | Monthly payment | **$137** |
| Account type | **Revolving** | Past due amount | **$0** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | **-** |
| Payment status | **Pays account as agreed** | Responsibility | **Individual Account** |
| Status updated | **Oct 2021** | Your statement | **-** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | — | — | — |
| 2020 | ● | ● | ● | ● | **30** | ● | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● On time    **30** days late    — Data unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 5580 CLEVELAND, OH 44101 |
| Phone number | By mail only |

### Comments



Prepared For **RAFAEL DIAZ**   Date generated: **Nov 8, 2021**

---

| **●PNC BANK, N.A.** | | | $6,878 |
|---|---|---|---|
| 1 late payment | | | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **PNC BANK, N.A.** | Balance | **$6,878** |
| Account number | **475598XXXXXXXXXX** | Balance updated | **Nov 05, 2021** |
| Original creditor | **-** | Credit limit | **$12,000** |
| Company sold | **-** | Monthly payment | **$137** |
| Account type | **Credit Card** | Past due amount | **$0** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Current, was past due 30 days** | Responsibility | **Individual** |
| Status updated | **Nov 2021** | Your statement | **-** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | NA | — |
| 2020 | ● | ● | ● | ● | ● | **30** | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2015 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2014 | — | — | — | — | — | — | — | — | — | — | — | ● |

● On time   **30** days late   NA No applicable payment history
— Data unavailable

### Contact info

| | |
|---|---|
| Address | **1 FINANCIAL PKWY KALAMAZOO, MI 49009** |
| Phone number | **By mail only** |

### Comments

**Account closed at consumer's request**



Prepared For **RAFAEL F. DIAZ**   Date generated: **Nov 8, 2021**

|  **PNC BANK** | | **$6,878** |
|---|---|---|
| 1 late payment | | Closed |

## 🗎 Account info

| | | | | |
|---|---|---|---|---|
| Account name | **PNC BANK** | Balance | **$6,878** |
| Account number | **475598XXXXXX** | Balance updated | **Nov 05, 2021** |
| Original creditor | **-** | Credit limit | **$12,000** |
| Company sold | **-** | Monthly payment | **$137** |
| Account type | **Revolving account** | Past due amount | **$0** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | **-** |
| Payment status | **Paid or paying as agreed** | Responsibility | **Individual account** |
| Status updated | **Nov 2021** | Your statement | **-** |

## 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | — | — |
| 2020 | ● | ● | ● | ● | ● | **30** | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | — | — | — | — | — | — | — | — | — | — | ● | ● |

● On time      **30** days late      — Data unavailable

## ✉ Contact info

| | |
|---|---|
| Address | **PNC CB INVESTIGATIONS PO BOX 5580**<br>**CLEVELAND,**<br>**OH 44101** |
| Phone number | **None provided** |

## 🗎 Comments

**Account closed by consumer**

| ●PNC BANK, NA | | | $5,789 |
|---|---|---|---|
| 1 late payment | | | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **PNC BANK, NA** | Balance | **$5,789** |
| Account number | **475598XXXXXX** | Balance updated | **Apr 17, 2022** |
| Original creditor | **-** | Credit limit | **$12,000** |
| Company sold | **-** | Monthly payment | **$115** |
| Account type | **Revolving** | Past due amount | **-** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | **-** |
| Payment status | **Pays account as agreed** | Responsibility | **Individual Account** |
| Status updated | **Apr 2022** | Your statement | **-** |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ● | ● | ● | — | — | — | — | — | — | — | — | — |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2020 | ● | ● | ● | ● | ● | **30** | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | — | — | — | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● On time    **30** days late    — Data unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 5580 CLEVELAND, OH 44101 |
| Phone number | By mail only |

### Comments




Prepared For **RAFAEL DIAZ**   Date generated: May 13, 2022

| ●PNC BANK, N.A. | $5,789 |
|---|---|
| 1 late payment | Closed |

## Account info

| | | | |
|---|---|---|---|
| Account name | **PNC BANK, N.A.** | Balance | **$5,789** |
| Account number | **475598XXXXXXXXXX** | Balance updated | **Apr 17, 2022** |
| Original creditor | **-** | Credit limit | **$12,000** |
| Company sold | **-** | Monthly payment | **$115** |
| Account type | **Credit Card** | Past due amount | **-** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Current, was past due 30 days** | Responsibility | **Individual** |
| Status updated | **Mar 2022** | Your statement | **\*\*CONSUMER STATEMENT\*\* NEVER LATE, ACCOUNT WAS PAID AS AGREED.** |

## Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | ●   | ●   | ●   | NA  | —   | —   | —   | —   | —   | —   | —   | —   |
| 2021 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2020 | ●   | ●   | ●   | ●   | ●   | 30  | ●   | ●   | ●   | ●   | ●   | ●   |
| 2019 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2018 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2017 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2016 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2015 | —   | —   | —   | —   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

● On time   30 days late   NA No applicable payment history   — Data unavailable

## Contact info

| | |
|---|---|
| Address | **1 FINANCIAL PKWY KALAMAZOO, MI 49009** |
| Phone number | **By mail only** |

## Comments

**Account closed at consumer's request**



**TransUnion**                                                                 Prepared For **RAFAEL F. DIAZ**   Date generated: Apr 19, 2022

| ● **PNC BANK** | **$5,932** |
|---|---|
| **1** late payment | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **PNC BANK** | Balance | **$5,932** |
| Account number | **475598XXXXXX** | Balance updated | **Mar 22, 2022** |
| Original creditor | - | Credit limit | **$12,000** |
| Company sold | - | Monthly payment | **$118** |
| Account type | **Revolving account** | Past due amount | **$0** |
| Date opened | **May 03, 2010** | Highest balance | **$10,911** |
| Account status | **Closed** | Terms | - |
| Payment status | **Paid or paying as agreed** | Responsibility | **Individual account** |
| Status updated | **Mar 2022** | Your statement | - |

### Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | ●   | ●   | —   | —   | —   | —   | —   | —   | —   | —   | —   | —   |
| 2021 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2020 | ●   | ●   | ●   | ●   | ●   | 30  | ●   | ●   | ●   | ●   | ●   | ●   |
| 2019 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |
| 2018 | —   | —   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

● On time      **30** days late      — Data unavailable

### Contact info

| | |
|---|---|
| Address | **PNC CB INVESTIGATIONS PO BOX 5580**<br>**CLEVELAND,**<br>**OH 44101** |
| Phone number | **None provided** - |

### Comments

**Account closed by consumer**