IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAFAEL DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>PNC BANK, NA, TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC<br><br>    Defendants. | Civil Action No: 4:22-cv-1762 |

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION**

Plaintiff Rafael Diaz, by and through undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff and Defendant TransUnion, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests forty-five (45) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ *Robert Leach*
Robert Leach
TX Bar No. 24103582
**Jaffer & Associates PLLC**
5757 Alpha Rd, Suite 430
Dallas, TX 75240
Phone:   (214) 494-1871
Fax:      (888) 530-3910
Email:    attorneys@jaffer.law
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, July 18, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon on all parties of record or in a manner according to the rules.

/s/ *Robert Leach*
Robert Leach